**ORDERED.**

**TIFFANY & BOSCO**
P.A.

**2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-26659

**Dated: December 03, 2010**

_____
**EILEEN W. HOLLOWELL**
U.S. Bankruptcy Judge
_____

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br>Corey Raymond Rosipko and Stephanie Renee Rosipko<br>　　　Debtors.<br>_____<br>Wells Fargo Bank, N.A.<br>　　　Movant,<br>vs.<br>Corey Raymond Rosipko and Stephanie Renee Rosipko<br>Debtors; Russell A. Brown, Trustee.<br>　　　Respondents. | No. 2:09-bk-24833-EWH<br><br>Chapter 13<br><br>O R D E R<br><br>(Related to Docket #37)<br><br>Hearing Date: December 2, 2010 |

**IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain real property which is subject of a Deed of Trust dated August 1, 2008, and recorded in the office of the Maricopa County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and Corey Raymond Rosipko and Stephanie Renee Rosipko have an interest in, further described as:

Lot 60, of SUNDERO, according to the Plat of Record in the office of the County Recorder of Maricopa County, Arizona, Recorded in Book 817 of Maps, Page 22.

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtors converts this case to another chapter under the U.S. Bankruptcy Code.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.